# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 738 |
| | : | |
| ORDER AMENDING RULES 1320 | : | SUPREME COURT RULES |
| AND 1321 OF THE | : | |
| PENNSYLVANIA RULES OF | : | DOCKET |
| JUVENILE COURT PROCEDURE | : | |
| | : | |
| | : | |

## ORDER

**PER CURIAM**

 **AND NOW**, this 16th day of May, 2017, upon the recommendation of the Juvenile Court Procedural Rules Committee, the proposal having been published for public comment at 46 Pa.B. 3949 (July 23, 2016):

 It is Ordered pursuant to Article V, Section 10 of the Constitution of Pennsylvania that Rules 1320 and 1321 of the Pennsylvania Rules of Juvenile Court Procedure are amended in the attached form.

 This Order shall be processed in accordance with Pa.R.J.A. No. 103(b), and shall be effective on July 1, 2017.

Additions to the rule are shown in bold and are underlined.
Deletions from the rule are shown in bold and brackets.